## Elijah Jennings v. Reason Ingram.

1. VERDICT—*when not disturbed.* A verdict which does not appear to be excessive will not be disturbed on appeal merely because the jury have assessed the plaintiff's damages at the highest amount justifiable under the evidence.

Action to recover damages occasioned by hogs breaking into plaintiff's close. Appeal from the Circuit Court of Edgar County; the Hon. HENRY VAN SELLAR, Judge, presiding. Heard in this court at the May term, 1903. Affirmed. Opinion filed October 12, 1903.

VAN SELLAR & SHEPHERD, for appellant.

J. W. HOWELL, for appellee.

MR. JUSTICE BAUME delivered the opinion of the court.

This suit was instituted by appellee against appellant before a justice of the peace, to recover damages occasioned by hogs of appellant breaking into appellee's inclosure. The case was tried in the justice's court before a jury, who awarded appellee $179 damages, and on appellant's appeal to the Circuit Court, a verdict and judgment was there rendered against him for $100.

Appellant and appellee are adjoining land owners. That appellant's hogs broke through the partition fence and did damage to the appellee, is practically conceded. Appellee testified that the damage amounted to $100, and other of appellee's witnesses fixed the amount of damage at from $40 to $60. Appellant offered no evidence as to amount of damages. That the jury assessed appellee's damages at the highest figure warranted by the evidence, it not appearing that such amount is excessive, does not authorize us to interpose in appellant's behalf.

There is no error in the record and the judgment will be affirmed.

*Affirmed.*